RECEIVED
MAY 13 2014
U.S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Lin Gao, )
v. Lydia Chen, Chinese School of ) Case no. 4:13-CV-01956-
St. Louis Language Immersion School, ) SPM, 2014

Request For Clarification
**MEMORANDUM FOR CLERK**

May 13, 2014.

Most Honorable Judge,

Thank you sign a atternoy legal help me for this case! I am very appreciate!

When the first time meeting with Jason E. Maschmann, he informed me his legal help this case was totally free of charge to me, and requested me leave him some evidence papers to read and to copy. The next week when I picked up the papers as appointment, his secretary put the "Re: Engagement Agreement" (attached copy) to let me sign for the condition that this attorney could help my case.

I was confused, such as the first sentence in the "Agreement" — "Thank you for choosing Dentons US LLP...". The court signed Dentons US LLP and Jason E. Maschmann to help my case, why the "Agreement" changed into my "choosing" them? Because of the limitation of my English reading, it's very hard and difficult for me to understand all the meanings of those papers that the attorney's secretary let me sign. I am NOT willing to sign it. Meanwhile, if I refuse to sign, I am going to lose the atternoy's legal help which was signed by honorable court and which I badly need in this case.

So, bring this situation into your attention, ask you guid the way once more.

Please circle which applies: (Pro se) (Attorney for) Plaintiff

- 1 -

(Pro se) (Attorney for) Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Lin Gao,

v. Lydia Chen, Chinese School of St. Louis Language Immersion School,

Case no. 4:13-CV-01956-SPM, 2014

## MEMORANDUM FOR CLERK

Thank you for your concern!

Your Sincerely,

Lin Gao

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant

- 2 -